JS-6

FILED
CLERK, U.S. DISTRICT COURT
August 30, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVORK MANOUKIAN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BEAN TECHNOLOGIES CORPORATION, a Delaware Corporation; MIGUEL VILLAS, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01307<br><br>**ORDER RE JOINT STIPULATION TO REMAND REMOVED ACTION**<br><br>Hon. S. James Otero |

# ORDER

Having received and reviewed the Parties' Joint Stipulation to Remand Removed Action, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. This action shall be remanded to the Superior Court for the State of California, County of Los Angeles;
2. The Clerk of this Court is instructed to transmit forthwith a certified copy of this Order to the Clerk of the Superior Court for the County of Los Angeles.
3. The Scheduling Conference set for hearing on Monday, September 10, 2018 at 8:30 a.m. is hereby vacated.

**IT IS SO ORDERED**.

DATED: 8/30/1    By: *S. James Otero*
　　　　　　　　　　　Hon. S. James Otero
　　　　　　　　　　　Judge of the United States District Court